# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 122

Travis Dietzler,                                              Plaintiff and Appellee

v.

Allyson Dietzler,                                          Defendant and Appellant

## No. 20210001

Appeal from the District Court of Grand Forks County, Northeast Central Judicial District, the Honorable Lolita G. Hartl Romanick, Judge.

AFFIRMED.

Per Curiam.

Kelsey L. Hankey, Grand Forks, ND, for plaintiff and appellee; submitted on brief.

Kylie M. Oversen, Fargo, ND, for defendant and appellant; submitted on brief.

# Dietzler v. Dietzler
## No. 20210001

**Per Curiam.**

[¶1]   Allyson Dietzler appeals from a judgment awarding Travis Dietzler primary residential responsibility of the couple's child, and ordering Allyson Dietzler to pay child support. Allyson Dietzler argues the district court's findings under the best interest factors were clearly erroneous and she should have received primary residential responsibility of the child. The district court's decision is not clearly erroneous and we summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte